I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-15-2015

DEPUTY CLERK



FILED
CLERK, U.S. DISTRICT COURT
APR 15 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAELA A. BROOKS, <br><br> Plaintiff, <br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 14-2434-MWF (RNB) <br><br> ORDER TO SHOW CAUSE |

Plaintiff filed this action <u>pro se</u> on December 4, 2014. In ¶ I of its December 8, 2014 Case Management Order, the Court ordered plaintiff to promptly serve the summons and complaint on the Commissioner in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure and 20 C.F.R. § 423.1, and to then promptly file a proof of service showing compliance with that paragraph. Further, the Court forewarned plaintiff that the failure to effectuate proper service within one hundred and twenty (120) days after the filing of the Complaint might result in the dismissal of this case. <u>See</u> Fed. R. Civ. P. 4(m).

The 120-day period lapsed on April 3, 2015, and no proof of service has yet been filed. Thus, it appears that the Commissioner has not yet been properly served.

IT THEREFORE IS ORDERED that, on or before **May 6, 2015**, plaintiff shall show good cause, if there be any, why proper service was not made within the 120-

1

day period and why this case should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed by plaintiff under penalty of perjury. **If plaintiff does not timely file such a declaration or if plaintiff fails to show good cause for her failure to timely serve, the Court will recommend that the action be dismissed without prejudice for plaintiff's failure to prosecute.** See Fed. R. Civ. P. 4(m); Local Rule 41-1; Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); see also Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).

DATED: April 15, 2015

*[signature]*

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE