FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MYCHAELA A. BROOKS,

            Plaintiff,

  vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

           Defendant.

Case No.  EDCV 14-2434-MWF (RNB)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATION OF
UNITED STATES MAGISTRATE
JUDGE

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court accepts the findings and recommendation of the Magistrate Judge.

     IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED:  _June 24, 2015._

                                        
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE