JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ cw _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAELA A. BROOKS,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 14-2434-MWF (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: June 24, 2015

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE